| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | LOWELL C. POWELL (CABN 235446)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-7368<br>Facsimile: (415) 436-7234 |
| 8 | E-Mail: lowell.powell2@usdoj.gov |
| 9 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-0435 WHA |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]**<br>**ORDER EXCLUDING TIME UNDER 18**<br>**U.S.C. § 3161** |
| MARIA DEL CARMEN GALVAN DE MENDOZA,<br>  a/k/a Maria Carmen Mendoza, | ) | |
| Defendant. | ) | |

On August 30, 2011, the parties in this case appeared before the Court. At that time, the Court set the matter to October 18, 2011. The parties have agreed to exclude the period of time between August 30, 2011 and October 18, 2011, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0435 WHA

1  At the hearing, the Court made findings consistent with this agreement.
2  SO STIPULATED:
3
4                                           MELINDA HAAG
                                            United States Attorney
5
6  DATED: September12, 2011            _____/s/_____
                                            LOWELL C. POWELL
7                                           Special Assistant United States Attorney
8
9  DATED: September 12, 2011           _____/s/_____
                                            STEVE EMERY TEICH
10                                          Attorney for
                                            MARIA DEL CARMEN GALVAN DE MENDOZA
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0435 WHA

**[PROPOSED] ORDER**

For the reasons stated above and at the August 30, 2011 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from August 30, 2011 through October 18, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: September 13, 2011.

_____
William Alsup
United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0435 WHA